Daniel Harshman (SBN 177139)
dharshman@cozen.com
COZEN O'CONNOR
777 South Figueroa Street, Suite 2850
Los Angeles, California 90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Attorneys for Plaintiffs

FILED
10 SEP 27 PM 4:15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT'S MY PARTY, INC.
6112 Lenox Rd.
Bethesda, MD 20817

and

IT'S MY AMPITHEATRE, INC.
d/b/a/ Merriweather Post Pavilion
10475 Little Patuxent Parkway
Columbia, MD 21044

    Plaintiffs,

  vs.

WILLIAM MORRIS ENDEAVOR
ENTERTAINMENT
9601 Wilshire Boulevard, Third Floor
Beverly Hills, California 90212

    Defendant.

Case No.: CV10 7216 RGK (RCx)

MOTION TO COMPEL THIRD-PARTY WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC TO RESPOND TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS PURSUANT TO FRCP 45 & 37

[Filed And Served Concurrently With Parties Joint Stipulation RE: Plaintiffs' Motion To Compel Third-Party William Morris Endeavor Entertainment, LLC To Respond To Plaintiffs' Requests For Production Of Documents Pursuant To FRCP 45 & 37; Declarations Of Rachel Robbins, Justin Lowe, Vahik Gharibian and Thomas McGuire]

Hearing Date: 10/25/10
Time: 9:00 A.M.
Place: Roybal 850

    For the reasons set forth in the accompanying Joint Stipulation RE: Plaintiffs' Motion To Compel Third-Party William Morris Endeavor Entertainment, LLC To

1
MOTION TO COMPEL THIRD-PARTY WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC TO RESPOND TO
PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS PURSUANT TO FRCP 37

Respond To Plaintiffs' Requests For Production Of Documents Pursuant To FRCP 37 and supporting Declaration of Rachel Robbins, Plaintiffs/Movants, It's My Party, Inc. ("I.M.P.") and It's My Amphitheatre, Inc. ("I.M.A.") (collectively, "Plaintiffs" or "Movants"), by and through its undersigned counsel, hereby move this Honorable Court, pursuant to Federal Rule of Civil Procedure 45 & 37(a) and Local Rules 37-2.1 & 45, for an Order compelling Third-Party William Morris Endeavor Entertainment, LLC ("WME") to comply with the Federal Rule of Civil Procedure 45 subpoena *duces tecum* that Movants served upon it on November 11, 2009 ("Subpoena"). The Subpoena seeks documents from WME which are critical to the claims asserted by Movants in the underlying antitrust litigation captioned, <u>It's My Party, Inc., et al. v. Live Nation, Inc.</u>, Case No. 1:09-cv-00547-JFM, pending in the United States District Court for the District of Maryland. This Motion is filed in this Court in accordance with Federal Rule of Civil Procedure 37, which provides that a motion for an order compelling discovery from a non-party "must be made in the court where the discovery is or will be taken."

Movants further respectfully request a hearing on their Motion.

Respectfully submitted,

DATED: September 27, 2010

COZEN O'CONNOR

By: *[signature]*
DANIEL HARSHMAN
Attorneys for Plaintiffs/Movants