NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Daniel Harshman (SBN 177139)
dharshman@cozen.com
COZEN O'CONNOR
777 South Figueroa Street, Ste. 2850
Los Angeles, California 90017
Telephone: (213) 892-7900

FILED

10 SEP 27 PM 4: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

ATTORNEYS FOR: Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| IT'S MY PARTY, INC., 6112 Lenox Rd., Bethesda, MD 20817; IT'S MY AMPITHEATRE, INC., 10475 Little Patuxent Parkway, Columbia, MD 21044 Plaintiff(s), v. William Morris Endeavor Entertainment, 9601 Wilshire Boulevard, Third Floor, Beverly Hills, California 90212 Defendant(s) | CASE NUMBER: CV10 7216 RGK (RCx) CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiffs It's My Party, Inc. and It's My Amphitheatre, Inc. (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

PARTY                                                              CONNECTION
(List the names of all such parties and identify their connection and interest.)

Live Nation, Inc.                                                   Defendant in the underlying litigation pending in the United
9348 Civic Center Drive                                             States District Court for the District of Maryland, Case No.
Beverly Hills, California 90210                                     1:09-cv-00547-JFM.

9-27-10                                                             [signature]
Date                                                                Sign

                                                                    Plaintiffs/Movant
                                                                    Attorney of record for or party appearing in pro per

CV-30 (04/10)                           NOTICE OF INTERESTED PARTIES