1

2   Daniel Harshman (SBN 177139)
    dharshman@cozen.com
3   COZEN O'CONNOR
    777 South Figueroa Street, Suite 2850
4   Los Angeles, California 90017
    Telephone: 213.892.7900
5   Facsimile: 213.892.7999

6   Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10        FOR THE CENTRAL DISTRICT OF CALIFORNIA

11  IT'S MY PARTY, INC.                 )  Case No.:
    6112 Lenox Rd.                      )
12  Bethesda, MD 20817                  )  MOTION TO COMPEL THIRD-
                                        )  PARTY WILLIAM MORRIS
13        and                          )  ENDEAVOR ENTERTAINMENT,
                                        )  LLC TO RESPOND TO
14  IT'S MY AMPITHEATRE, INC.          )  PLAINTIFFS' REQUESTS FOR
    d/b/a/ Merriweather Post Pavilion   )  PRODUCTION OF DOCUMENTS
15  10475 Little Patuxent Parkway       )  PURSUANT TO FRCP 45 & 37
    Columbia, MD 21044                  )
16                                      )
                                        )
17        Plaintiffs,                   )
                                        )  [Filed And Served Concurrently With
18    vs.                              )  Parties Joint Stipulation RE: Plaintiffs'
                                        )  Motion To Compel Third-Party William
19                                      )  Morris Endeavor Entertainment, LLC To
    WILLIAM MORRIS ENDEAVOR            )  Respond To Plaintiffs' Requests For
20  ENTERTAINMENT                       )  Production Of Documents Pursuant To
    9601 Wilshire Boulevard, Third Floor)  FRCP 45 & 37; Declarations Of Rachel
21  Beverly Hills, California 90212     )  Robbins, Justin Lowe, Vahik Gharibian
                                        )  and Thomas McGuire]
22        Defendant.                    )
                                        )  Hearing Date: 10/25/10
23                                      )  Time: 9:00 A.M.
                                        )  Place: Roybal 850
24  _____

25

26        For the reasons set forth in the accompanying Joint Stipulation RE: Plaintiffs'

27  Motion To Compel Third-Party William Morris Endeavor Entertainment, LLC To

28
                                        1

CV10 7216 RGK (RCx)

FILED
10 SEP 27 PM 4: 15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

1    Respond To Plaintiffs' Requests For Production Of Documents Pursuant To FRCP 37

2    and supporting Declaration of Rachel Robbins, Plaintiffs/Movants, It's My Party, Inc.

3    ("I.M.P.") and It's My Amphitheatre, Inc. ("I.M.A.") (collectively, "Plaintiffs" or

4    "Movants"), by and through its undersigned counsel, hereby move this Honorable

5    Court, pursuant to Federal Rule of Civil Procedure 45 & 37(a) and Local Rules 37-2.1

6    & 45, for an Order compelling Third-Party William Morris Endeavor Entertainment,

7    LLC ("WME") to comply with the Federal Rule of Civil Procedure 45 subpoena

8    *duces tecum* that Movants served upon it on November 11, 2009 ("Subpoena"). The

9    Subpoena seeks documents from WME which are critical to the claims asserted by

10   Movants in the underlying antitrust litigation captioned, It's My Party, Inc., et al. v.

11   Live Nation, Inc., Case No. 1:09-cv-00547-JFM, pending in the United States District

12   Court for the District of Maryland. This Motion is filed in this Court in accordance

13   with Federal Rule of Civil Procedure 37, which provides that a motion for an order

14   compelling discovery from a non-party "must be made in the court where the

15   discovery is or will be taken."

16         Movants further respectfully request a hearing on their Motion.

17

18                                    Respectfully submitted,

19

20   DATED: September 27, 2010         COZEN O'CONNOR

21

22                             By: _____
                                    DANIEL HARSHMAN
23                                  Attorneys for Plaintiffs/Movants

24

25

26

27

28

                                          2