1  Daniel Harshman (SBN 177139)
   dharshman@cozen.com
2  COZEN O'CONNOR
   777 South Figueroa Street, Suite 2850
3  Los Angeles, California 90017
   Telephone: 213.892.7900
4  Facsimile: 213.892.7999

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IT'S MY PARTY, INC.<br>6112 Lenox Rd.<br>Bethesda, MD 20817<br><br>and<br><br>IT'S MY AMPITHEATRE, INC.<br>d/b/a/ Merriweather Post Pavilion<br>10475 Little Patuxent Parkway<br>Columbia, MD 21044<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM MORRIS ENDEAVOR ENTERTAINMENT<br>9601 Wilshire Boulevard, Third Floor<br>Beverly Hills, California 90212<br><br>Defendant. | Case No.:<br><br>**ACKNOWLEDGEMENT OF SERVICE** |

I, Michael B. Garfinkel, a partner in the law firm of Venable LLP, received a true copy of the following documents on September 28, 2010:

(1) Notice of Motion to Compel Third-Party William Morris Endeavor Entertainment, LLC to Respond to Plaintiff's Request for Production of Documents Pursuant to FRCP 45 & 37;

(2) Motion to Compel Third-Party William Morris Endeavor Entertainment, LLC to Respond to Plaintiff's Request for Production of Documents Pursuant to FRCP 45 & 37;

(3) Joint Stipulation Re: Plaintiff's Motion to Compel Third-Party William Morris Endeavor Entertainment LLC to Respond to Plaintiffs' Request for Production of Documents Pursuant to FRCP 37 Pursuant to Local Rule 37-2.1;

(4) Certification and Notice of Interested Parties;

(5) Notice of Assignment to United States Magistrate Judge for Discovery;

(6) Notice to Counsel;

(7) Declaration of Rachel Robbins;

(8) Declaration of Justin J. Lowe;

(9) Declaration of Thomas B. McGuire, Jr.; and

(10) Declaration of Vahik Gharibian;

(11) Civil Case Cover Sheet.

As counsel for William Morris Endeavor Entertainment, I am authorized to accept service of the above items on its behalf.

9/29/2010
(Dated)

_____
(Signature)