1  Daniel Harshman (SBN 177139)
   dharshman@cozen.com
2  COZEN O'CONNOR
   777 South Figueroa Street, Suite 2850
3  Los Angeles, California 90017
   Telephone: 213.892.7900
4  Facsimile: 213.892.7999

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IT'S MY PARTY, INC.<br>6112 Lenox Rd.<br>Bethesda, MD 20817<br><br>and<br><br>IT'S MY AMPHITHEATRE, INC.<br>d/b/a/ Merriweather Post Pavilion<br>10475 Little Patuxent Parkway<br>Columbia, MD 21044<br><br>    Plaintiffs,<br><br>    vs.<br><br>WILLIAM MORRIS ENDEAVOR ENTERTAINMENT<br>9601 Wilshire Boulevard, Third Floor<br>Beverly Hills, California 90212<br><br>    Defendant. | Case No.: CV10-7216 RGK (RCx)<br><br>***CERTIFICATE OF SERVICE* RE AMENDED NOTICE OF MOTION TO COMPEL THIRD-PARTY WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC TO RESPOND TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS PURSUANT TO FRCP 45 & 37**<br><br><br>Hearing Date: November 17, 2010<br>Hearing Time: 9:30 a.m.<br>Before: Hon. Rosalyn Chapman<br>Place: Courtroom 23 |

1
CERTIFICATE OF SERVICE

1  **Court Case:** *It's My Party, Inc. v. William Morris Endeavor Entertainment,*
   **United States District Court, for the Central District of California**
2  **Case No.  CV10-7216 RGK (RCx)**

## CERTIFICATE OF SERVICE

This is to certify that ***MARIE B. DE VEYRA****,* declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City of Los Angeles, County of Los Angeles, State of California, in the office of a member of the bar of this court, at whose direction the service was made.  I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within entitled action.  My business address is Cozen O'Connor, 777 South Figueroa Street, Suite 2850, Los Angeles, California 90017.

I caused to be served the following documents:  **AMENDED NOTICE OF MOTION TO COMPEL THIRD-PARTY WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC TO RESPOND TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS PURSUANT TO FRCP 45 & 37**

I caused the above document(s) to be served on each person on the attached list by the following means:

[X]   I enclosed true and correct copies of said document(s) in an envelope and placed it for collection and mailing with the United States Post Office on **September 30, 2010**, following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

[ ]   I enclosed true and correct copies of said document(s) in an envelope, and placed it for collection and mailing via Federal Express Overnight Delivery on__  for guaranteed delivery on __, following the ordinary business practice.
*(Indicated on the attached address list by an [FEDEX] next to the address.)*

[ ]   I consigned true and correct copies of said document(s) for facsimile transmission on _____.
*(Indicated on the attached address list by an [F] next to the address.)*

[ ]   I enclosed true and correct copies of said document(s) in an envelope, and consigned it for personal/hand delivery by messenger on _____.
*(Indicated on the attached address list by an [H] next to the address.)*

---

[ X ]   CM/ECF Registered.

*(Indicated on the attached address list by an [E] next to the address.)*

    I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

    Executed on **September 30, 2010**, at Los Angeles, California.

/s/_____
MARIE B. DE VEYRA

*It's My Party, Inc. v. William Morris Endeavor Entertainment,*
United States District Court, for the Central District of California
Case No. CV10-7216 RGK (RCx)

**SERVICE LIST:**

Michael B. Garfinkel, Esq.
Justin J. Lowe, Esq.
Jennifer Levin, Esq.
VENABLE LLP
2049 Century Park East
Suite 2100
Los Angeles, CA  90067

Tel:  310-229-9900
Fax:  310-229-9901

[E/CM/ECF Registered]

Franklin M. Rubinstein, Esq.
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K Street, NW, Fifth Floor
Washington, D.C.  20006-3817

[M]

Jonathan M. Jacobson, Esq.
Chul Pack, Esq.
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY  10019-6022

[M]