| | |
|---|---|
| 1 | Daniel Harshman (SBN 177139) |
|   | dharshman@cozen.com |
| 2 | COZEN O'CONNOR |
|   | 777 South Figueroa Street, Suite 2850 |
| 3 | Los Angeles, California 90017 |
|   | Telephone: 213.892.7900 |
| 4 | Facsimile: 213.892.7999 |
| 5 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IT'S MY PARTY, INC.<br>6112 Lenox Rd.<br>Bethesda, MD 20817<br><br>and<br><br>IT'S MY AMPHITHEATRE, INC.<br>d/b/a/ Merriweather Post Pavilion<br>10475 Little Patuxent Parkway<br>Columbia, MD 21044<br><br>    Plaintiffs,<br><br>    vs.<br><br>WILLIAM MORRIS ENDEAVOR ENTERTAINMENT<br>9601 Wilshire Boulevard, Third Floor<br>Beverly Hills, California 90212<br><br>    Defendant. | ))))))))))))))))))))))))) | Case No.: CV10-7216 RGK (AJWx)<br><br>**SECOND AMENDED NOTICE OF MOTION TO COMPEL THIRD-PARTY WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC TO RESPOND TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS PURSUANT TO FRCP 45 & 37**<br><br>[Previously Filed and Served Parties Joint Stipulation RE: Plaintiffs' Motion To Compel Third-Party William Morris Endeavor Entertainment, LLC To Respond To Plaintiffs' Requests For Production Of Documents Pursuant To FRCP 45 & 37; Declarations Of Rachel Robbins, Justin Lowe, Vahik Gharibian and Thomas McGuire]<br><br>Hearing Date: November 1, 2010<br>Hearing Time: 10:00 a.m.<br>Before: Hon. Andrew J. Wistrich<br>Place: Courtroom 690 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that on **November 1, 2010**, at **10:00 a.m.**, or as soon thereafter as the matter may be heard, in Courtroom 690 located at Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012, Plaintiffs/Movants IT'S MY PARTY, INC. and IT'S MY AMPHITHEATER, INC. will (collectively "MOVANTS") will, and hereby do, move the District Court, pursuant to Federal Rule of Civil Procedure 45 & 37(a) and Local Rules 37-2.1 & 45-1, for an Order compelling Third-Party William Morris Endeavor Entertainment, LLC to comply with the Federal Rule of Civil Procedure 45 subpoena *duces tecum* that MOVANTS served upon it on November 11, 2009 ("Subpoena"). The SUBPOENA seeks documents which are critical to the claims asserted by MOVANTS in the underlying antitrust litigation captioned, <u>It's My Party, Inc., et al. v. Live Nation, Inc.</u>, Case No. 1:09-cv-00547-JFM, pending in the United States District Court for the District of Maryland. This Motion is filed in this Court in accordance with Federal Rule of Civil Procedure 37, which provides that a motion for an order compelling discovery from a non-party "must be made in the court where the discovery is or will be taken."

    This motion is made pursuant to Fed. R. Civ. P. 45(e) and Fed. R. Civ. P. 37 which, pursuant to Local Rule 45-1 applies to motions relating to subpoenas, on the ground that Third-Party William Morris Endeavor Entertainment, LLC has presented objections lacking merit and refused to produce documents in response to the SUBPOENA. This motion is based upon this Notice of Motion, the Motion to Compel Third-Party William Morris Endeavor Entertainment, LLC to Respond to Plaintiff's Request for Production of Documents Pursuant to FRCP 45 & 37, the Joint Stipulation pursuant to Local Rule 37-2.1, the Declaration of Rachel Robbins, the Declaration of Justin J. Lowe, the Declaration of Thomas B. McGuire, Jr, the Declaration of Vahik Gharibian, the complete records and files in this action, and such

other oral and documentary support as may be received by the court at the time of hearing on this motion.

     Pursuant to Local Rule 7-3, MOVANTS raised the issues set forth in the instant Motion with counsel for Third-Party William Morris Endeavor Entertainment, LLC by telephone conference on January 6, 2010, and via written correspondence on January 20, 2010 and February 17, 2010. The Third-Party William Morris Endeavor Entertainment, LLC did not agree with MOVANTS' position.

Respectfully submitted,

DATED: October 6, 2010        COZEN O'CONNOR

By:    /s/
      DANIEL HARSHMAN
      Attorneys for Plaintiffs/Movants