Daniel Harshman (SBN 177139)
dharshman@cozen.com
COZEN O'CONNOR
777 South Figueroa Street, Suite 2850
Los Angeles, California  90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IT'S MY PARTY, INC. and IT'S MY AMPITHEATRE, INC. d/b/a/ Merriweather Post Pavilion<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM MORRIS ENDEAVOR ENTERTAINMENT<br><br>Defendant. | Case No.:  CV 10-7216 RGK(AJWx)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR FILING, SERVICE AND HEARING OF PLAINTIFF'S MOTION TO STRIKE THIRD-PARTY WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC'S UNTIMELY OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF THE PARTIES' JOINT STIPULATION RE: MOTION TO COMPEL**<br><br>Before:  Hon. Andrew J. Wistrich<br><br>NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT |

The Court has reviewed the Ex Parte Application filed Plaintiffs/Movants, It's My Party, Inc. and It's My Ampitheatre, Inc. d/b/a Merriweather Post Pavilion, for an Order Shortening Time for the Filing, Service and Hearing on Plaintiff's Motion to Strike Third Party William Morris Endeavor Entertainment LLC's Untimely Objections to Evidence Submitted in Support of the Parties Joint Stipulation.

It appearing that Plaintiffs/Movants gave proper notice of their Application and that it is necessary to shorten the time for filing, service and hearing of the motion so

that it may be heard simultaneously with the motion to compel previously scheduled for November 1, 2010, good cause having been shown,

IT IS ORDERED THAT:

1. The Application is granted.

2. The Plaintiffs/Movants are authorized to file the Motion to Strike on shortened notice and that said Motion to Strike is hereby set for hearing on November 8, 2010 at 9:30 a.m. to be hearing concurrently with the previously scheduled Motion to Compel.

3. Notice of the Motion to Strike hearing date shall be filed and served no later than __10/28/10__.

4. Any opposition to the Motion to Strike shall be filed and served no later than __11/4/10__.

Dated: October 26, 2010

_____
Andrew J. Wistrich
United States Magistrate Judge

The hearing on the motion to compel is continued from November 1, 2010 to November 8, 2010, at 10:00 a.m., in Roybal Courtroom 690.