UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

No.    CV 10-7216-RGK(AJWx)                                      Date: October 29, 2009

Title: IT'S MY PARTY, INC., ET AL. VS. WILLIAM MORRIS ENDEAVOR ENTERTAINMENT

Present: The
 Honorable     ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:

**Proceedings:**   ORDER CLARIFYING TIME OF HEARING ON PLAINTIFF'S MOTION TO STRIKE THIRD PARTY'S OBJECTIONS TO THE DECLARATION OF RACHEL H. ROBBINS

The parties are advised that plaintiff's motion to strike third party objections to the declaration of Rachel H. Robbins is being continued from 9:30 a.m. to 10:00 a.m. on November 8, 2009.

IT IS SO ORDERED.

cc:  Parties

                                                                                         :
                                                Initials of Preparer   yb