Daniel Harshman (SBN 177139)
dharshman@cozen.com
COZEN O'CONNOR
777 South Figueroa Street, Suite 2850
Los Angeles, California 90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IT'S MY PARTY, INC. and IT'S MY AMPITHEATRE, INC. d/b/a/ Merriweather Post Pavilion<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM MORRIS ENDEAVOR ENTERTAINMENT LLC<br><br>Defendant. | Case No.: CV10 7216 RGK(AJWx)<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE THE NOVEMBER 8, 2010 HEARING DATE AND AMEND THE BRIEFING SCHEDULE**<br><br>Before: Hon. Andrew J. Wistrich |

Pursuant to Local Rule 7-1, Plaintiffs/Movants It's My Party, Inc. and It's My Amphitheatre, Inc. d/b/a Merriweather Post Pavilion ("Plaintiffs") and Non-Party Respondent William Morris Endeavor Entertainment, LLC ("WME") by and through the undersigned counsel, hereby Stipulate and request that the District Court enter an Order continuing the November 8, 2010 hearing date on Plaintiffs' Motion to Compel and Motion to Strike and to amend the briefing schedule as follows:

///

1      WHEREAS, Plaintiffs'/Movants' Motion to Compel WME to Respond to Plaintiffs' Request for Production of Documents for Production Pursuant to FRCP 45 & 37 is currently set for hearing on November 8, 2010 at 10:00 a.m. ("Motion to Compel");

      WHEREAS, Plaintiffs'/Movants' Motion to Strike WME's Objections is currently set for hearing on November 8, 2010 at 10:00 a.m. ("Motion to Strike");

      WHEREAS, WME's opposition to the Motion to Strike is currently due pursuant to Court order on November 4, 2010;

      WHEREAS, Plaintiffs have requested to continue the November 8, 2010 hearings on the Motion to Compel and the Motion to Strike until December 6, 2010 at 10:00 a.m., and WME has agreed to the continuance provided that the Court amend the briefing schedule for the Motion to Strike as further set forth below;

      NOW THEREFORE, by and through their respective counsel, the undersigned parties hereby stipulate and request that the hearing dates for the Motion to Compel and Motion to Strike, and the briefing schedule for the Motion to Strike be continued and rescheduled as follows:

      1.    The November 8, 2010 hearings for Plaintiffs' Motion to Compel and Motion to Strike shall be continued to December 6, 2010 at 10:00 a.m.;

      2.    WME's opposition papers to the Motion to Strike shall be filed and served no later than November 15, 2010; and

///
///
///
///
///
///
///
///

<017>

---

2

JOINT STIPULATION AND REQUEST TO CONTINUE THE NOVEMBER 8, 2010 HEARING DATE

3. Plaintiffs'/Movants' reply in support of the Motion to Strike shall be filed and served no later than November 22, 2010.

IT IS SO STIPULATED

COZEN O'CONNOR

By: /s Daniel D. Harshman
Daniel D. Harshman
COZEN O'CONNOR
777 South Figueroa Street, Ste. 2850
Los Angeles, California 90017
Telephone: 215.892.7900
Facsimile: 213.892.7999
Email: dharshman@cozen.com

Robert W. Hayes
Abby L. Sacunas
1900 Market Street
Philadelphia, Pennsylvania 19103
Telephone: 215.665.4785
Facsimile: 215.701.2472
Email: rhayes@cozen.com
asacunas@cozen.com
*Admitted Pro Hac Vice*

Attorneys for Plaintiffs and Movants
It's My Party, Inc. and It's My Amphitheatre, Inc.

VENABLE LLP

By: /s Justin J. Lowe
Michael B. Garfinkel (SBN 156010)
Justin J. Lowe (SBN 223847)
Jennifer Levin (SBN 252420)
Email: mbgarfinkel@venable.com
jjlowe@venable.com
jlevin@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Non-Party Respondent
William Morris Endeavor
Entertainment, LLC