Daniel Harshman (SBN 177139)
dharshman@cozen.com
COZEN O'CONNOR
777 South Figueroa Street, Suite 2850
Los Angeles, California  90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IT'S MY PARTY, INC. and IT'S MY AMPITHEATRE, INC. d/b/a/ Merriweather Post Pavilion<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM MORRIS ENDEAVOR ENTERTAINMENT LLC<br><br>Defendant. | Case No.:  CV10 7216 RGK(AJWx)<br><br>**ORDER CONTINUING THE NOVEMBER 8, 2010 HEARING DATE AND AMENDING THE BRIEFING SCHEDULE**<br><br>Before:  Hon. Andrew J. Wistrich |

AND NOW, this 4th day of  November, 2010, upon consideration of the Joint Stipulation and Request to Continue the November 8, 2010 Hearing Date and Amend the Briefing Schedule, good cause having been shown,

IT IS ORDERED THAT:

1.     The Joint Request to continue the hearing and amend the briefing schedule is granted;

1  2.  The Plaintiffs' Motions to Compel and Motion to Strike are hereby
2  continued from November 8, 2010 until December 6, 2010 at 10:00 a.m. in Roybal
3  Courtroom 690.
4  3.  Any opposition to the Motion to Strike shall be filed and served no later
5  than November 15, 2010.  Any reply in support of the Motion to Strike shall be filed
6  and served no later than November 22, 2010.

**BY THE COURT:**

Dated: November 4, 2010

_____
Andrew J. Wistrich
United States Magistrate Judge