UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 10-7216-RGK(AJWx)          Date: December 2, 2010

Title: IT'S MY PARTY, INC., ET AL. VS. WILLIAM MORRIS ENDEAVOR ENTERTAINMENT

Present: The Honorable    ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

**Proceedings:**    ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO STRIKE THIRD PARTY'S OBJECTIONS TO THE DECLARATION OF RACHEL H. ROBBINS AND PLAINTIFF'S MOTION TO COMPEL

The parties are advised that plaintiff's motion to strike third party objections to the declaration of Rachel H. Robbins and their motion to strike is being continued from December 6, 2010 to December 13, 2010, at 10:00 a.m. in Courtroom 690..

IT IS SO ORDERED.

cc: Parties

                                                                          :

Initials of Preparer   yb